**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

       Plaintiff,                      Criminal No. 97-269 (1) (RHK/JGL)

vs.                                      **ORDER**

Cleophus Jordan,

       Defendant.

     Defendant's Motion for Certification of Court Documents (Doc. No. 93) is **DENIED**.

Dated:  January 16, 2008

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge